UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REGINALD DUNAHUE**                                                                                     **PLAINTIFF**
**ADC #106911**

VS.                              No. 4:22-CV-00710-BRW-JTR

**MARSHALL REED,**
**Chief Deputy Director, ADC,** *et al.*                                                      **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation.

Dunahue is proceeding with his failure-to-protect claims against Marshall Reed, Aundrea Culclager, Kenneth Starks, Kenny Bolden and Avery. All other claims against those defendants are dismissed without prejudice. Isaac Wade, Greg Mussellwhite, Jeremy Andrews, Curry Branham, Rosieanna Lee, Florence Hadley, Michelle Rucker, L. Smith, James Shipman, William Straughn, Tina Deen and Maurice Culclager are dismissed without prejudice as defendants in this action. I certify that an *in forma pauperis* appeal of these rulings would not be taken in good faith.[2]

IT IS SO ORDERED this 22nd day of June, 2023.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[2] 28 U.S.C. § 1915(a)(3).