UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REGINALD DUNAHUE**  PLAINTIFF
ADC #106911

V.  No. 4:22-CV-00710-BRW-BBM

**AUNDREA CULCLAGER**, Warden, Cummins
Unit, ADC; **KENNETH STARKS**, Captain,
Cummins Unit, ADC; and **KENNY BOLDEN**,
Deputy Warden, Cummins Unit, ADC  DEFENDANTS

## ORDER

Pending before the Court is Plaintiff Reginald Dunahue's third Motion to Appoint Counsel. (Doc. 42). Dunahue also asks that the Court stay the case until his Motion to Appoint is decided. (Doc. 43).

When denying Dunhaue's previous two motions for counsel, the Court carefully weighed the relevant factors and determined that Dunahue's claims did not appear legally or factually complex, and he was capable of prosecuting his claims without appointed counsel. (Doc. 39).

In his unsworn Motion to Appoint currently pending, Dunahue asks the Court to revisit its decision because an Arkansas Division of Correction employee is allegedly interfering with his outgoing legal mail. (Doc. 42). Accordingly, he claims he is unable "to do a meaningful discovery pursuit." *Id.* Dunahue does not explain what mail, if any, he has attempted to send Defendants' counsel. His claim is also belied by the fact that the Court continues to receive legal mail from Dunahue—namely, the instant Motion to Appoint and Motion to Stay.

Thus, Dunahue has not provided sufficient reason for the Court to revisit its previous decision, and his third Motion to Appoint Counsel (Doc. 42) is DENIED.  The Motion to Stay (Doc. 43) is DENIED as moot.

SO ORDERED, this 28th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE