IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**REGINALD DUNAHUE**                                          **PLAINTIFF**
ADC #106911

V.                  Case No. 4:22-CV-00710-BRW

**AUNDREA CULCLAGER**, Warden, Cummins
Unit, ADC; **KENNETH STARKS**, Captain,
Cummins Unit, ADC; and **KENNY BOLDEN**,
Deputy Warden, Cummins Unit, ADC                    **DEFENDANTS**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge Benecia B. Moore and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommendation.

Accordingly, Defendants' motion for summary judgment (Doc. No. 55) is GRANTED; Plaintiff's motion for summary judgment (Doc. 45) is DENIED. Plaintiff's official-capacity claims are dismissed without prejudice; Plaintiff's individual-capacity failure-to-protect claims against Culclager, Starks, and Bolden are DISMISSED with prejudice.

IT IS SO ORDERED this 19 day of March, 2025.

                                                         Billy Roy Wilson
                                                         UNITED STATES DISTRICT JUDGE